UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAYNA L ROCKETT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILSON et al.,<br><br>Defendants. | CASE NO. 2:26-cv-00778-JNW<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT |

This matter comes before the Court on pro se Plaintiff Dayna L. Rockett's motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). Dkt. No. 22. A motion under Rule 59(e) may only be granted where: "1) the motion is 'necessary to correct manifest errors of law or fact upon which the judgment is based;' 2) the moving party presents 'newly discovered or previously unavailable evidence,' 3) the motion is necessary to 'prevent manifest injustice,' or 4) there is an 'intervening change in controlling law.'" *Hiken v. Dep't of Def.*, 836 F.3d 1037, 1042 (9th Cir. 2016) (citation omitted).

Rockett challenges this Court's authority to grant Defendants' motion to dismiss and to enter a final judgment. She argues that the Court should have

adjudicated her "motion to require adjudication of authority to exercise judicial power prior to merits proceeding," Dkt. No. 12, before ruling on Defendants' motion to dismiss, Dkt. No. 20. A final determination of lack of subject matter jurisdiction of a case in federal court generally precludes any further adjudication of it. *Willy v. Coastal Corp.*, 503 U.S. 131, 137 (1992). Rockett's pending motions, Dkt. Nos. 8, 12, were denied as moot after this Court determined that it was divested of jurisdiction over Rockett's case. The motion Rockett refers to challenges the undersigned's appointment and argues that this Court lacks jurisdiction as a result. Citing a House of Representatives committee report discussing the Biden Administration, Rockett argues that all of President Joseph R. Biden's actions, including his judicial nominations, were not properly effectuated. Even if this were an appropriate argument to raise under Rule 59(e), Rockett has not carried her burden. She presents no newly discovered evidence or a change in law and makes no arguments about manifest injustice.

The Court DENIES Rockett's motion to alter or amend the judgment. Dkt. No. 22.

Dated this 29th day of July, 2026.

Jamal N. Whitehead
United States District Judge